USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AM GENERAL LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ACTIVISION PUBLISHING, INC., and MAJOR LEAGUE GAMING CORP.,<br><br>  Defendants. | CASE NO. 1:17-cv-08644-GBD<br><br>**JOINT STIPULATION AND ORDER PERMITTING EXPERT WITNESS DEPOSITIONS AFTER THE DEADLINE FOR COMPLETION OF FACT DISCOVERY** |

WHEREAS, on April 15, 2019, the parties exchanged disclosures identifying their respective expert witnesses, and the parties will exchange disclosures identifying their respective rebuttal expert witnesses (together, the "Disclosed Experts");

WHEREAS, the deadline to complete all discovery is May 24, 2019 (ECF 84 at 2);

WHEREAS, the deadline to file dispositive motions is May 31, 2019, and such motions are due to be fully briefed on July 25, 2019 (*see id.*);

WHEREAS, the parties anticipate that the issues that will be subject of dispositive motion practice will not require the use of deposition testimony of the Disclosed Experts, and in order to potentially reduce costs associated with such depositions, the parties have agreed that it is preferable to defer such depositions until sometime after dispositive motions are fully briefed, but before trial (subject to the parties' reservations of rights to take such depositions within the current schedule in the event that the content of any rebuttal disclosures alters that assessment);

NOW IT IS THEREFORE STIPULATED AND AGREED, by the undersigned counsel on behalf of Plaintiff AM General LLC and Defendants Activision Blizzard, Inc., Activision Publishing, Inc., and Major League Gaming Corp., and subject to the approval of this Court, that the parties may take depositions of the Disclosed Experts, as provided for under the Federal Rules

of Civil Procedure, after the deadline for completion of expert discovery and up until thirty (30) days after the decision on dispositive motions.

Dated: May 8, 2019
New York, New York

**SO ORDERED:**

_____
JAMES L. COTT
United States Magistrate Judge

Dated: May 8, 2019

Quinn Emanuel Urquhart & Sullivan, LLP

By: /s/ Robert M. Schwartz
Robert M. Schwartz

*Attorneys for Plaintiff AM General LLC*

Dated: May 8, 2019

Mitchell Silberberg & Knupp LLP

By: /s/ Marc E. Mayer
Marc E. Mayer

*Attorneys for Defendants Activision Blizzard, Inc., Activision Publishing, Inc., and Major League Gaming Corp.*