UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| AM GENERAL LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ACTIVISION BLIZZARD, INC.,<br>ACTIVISION PUBLISHING, INC., and<br>MAJOR LEAGUE GAMING CORP.,<br><br>        Defendants. | CASE NO. 1:17-cv-08644-GBD |

**DEFENDANTS ACTIVISION BLIZZARD, INC., ACTIVISION
PUBLISHING, INC., AND MAJOR LEAGUE GAMING CORP.'S
NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants' Local Rule 56.1 Statement, the accompanying Declaration of Robert Kostich and exhibits thereto, the accompanying Declaration of Marc Mayer and exhibits thereto, the accompanying Declaration of James Berkley and exhibits thereto, the accompanying Declaration of Deborah Jay and exhibits thereto, the accompanying Declaration of Ian Bogost and exhibits thereto, the accompanying Affidavit of Christopher Butler and the exhibit thereto, and all prior pleadings and proceedings herein, Defendants Activision Blizzard, Inc., Activision Publishing, Inc., and Major League Gaming Corp. (collectively, "Defendants") hereby move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment in their favor, dismissing Plaintiff's claims in their entirety, and granting such other and further relief as the Court may deem just and proper.

11067937.1

PLEASE TAKE FURTHER NOTICE that, pursuant to the Joint Stipulation and Order Modifying Case Schedule (Dkt. No. 84), Plaintiff shall file its summary judgment opposition by July 5, 2019, and Defendants shall file their summary judgment reply by July 25, 2019.

DATED:  May 31, 2019                                   MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Karin G. Pagnanelli*
Karin G. Pagnanelli (*kgp@msk.com*)
Marc E. Mayer (*mem@msk.com*)
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile:  (310) 312-3100

Bradley J. Mullins (*bym@msk.com*)
Lillian Lee (*l2l@msk.com*)
437 Madison Avenue, 25th Floor
New York, NY  10022
Telephone: (212) 509-3900
Facsimile:  (212) 509-7239

Attorneys for Defendants Activision Blizzard, Inc., Activision Publishing, Inc., and Major League Gaming Corp.