UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AM GENERAL LLC, <br><br>　　　　　　　Plaintiff, <br><br>　- against - <br><br>ACTIVISION BLIZZARD, INC., ACTIVISION PUBLISHING, INC., and MAJOR LEAGUE GAMING CORP., <br><br>　　　　　　　Defendants. | Case No. 17-cv-08644-GBD |

**PLAINTIFF AM GENERAL LLC'S
<u>NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff AM General LLC's Motion for Partial Summary Judgment, the Statement of Undisputed facts Pursuant to Local Rule 56.1, and the Declaration of Cory D. Struble and the exhibits thereto; the undersigned hereby moves the Court for an order, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Local Rule 56.1, granting summary judgment in favor of AM General as to the affirmative defense of laches in the Answer of Defendants Activision Blizzard, Inc., Activision Publishing, Inc., and Major League Gaming Corp., dismissing Defendants' affirmative defense of laches, and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Joint Stipulation and Order Modifying Case Schedule (ECF 84), Defendants shall file their opposition to Plaintiff's Motion for Partial Summary Judgment by July 5, 2019, and Plaintiff shall file its reply by July 25, 2019.

Dated: May 31, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: <u>*Robert M. Schwartz*</u>  Michael B. Carlinsky
    Robert M. Schwartz  Cory D. Struble
    865 S. Figueroa St., 10th Floor  51 Madison Avenue, 22nd Floor
    Los Angeles, California 90017  New York, NY 10010
    Telephone: (213) 443-3000  Tel: (212) 849-7000
    Facsimile: (213) 443-3100  Fax: (212) 849-7100
    robertschwartz@quinnemanuel.com  michaelcarlinsky@quinnemanuel.com
      corystruble@quinnemanuel.com

*Attorneys for Plaintiff AM General LLC*