

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Karin G. Pagnanelli
A Professional Corporation
(310) 312-3746 Phone
(310) 231-8346 Fax
kgp@msk.com

April 15, 2020

**VIA ECF**
Honorable George B. Daniels
United States District Judge, S.D.N.Y.
Daniel Patrick Moynihan, U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>Request for Adjournment of Deadline to File Motion for Attorneys' Fees - AM General LLC v. Activision Blizzard, Inc., et al., No. 1:17-cv-08644</u>

Dear Judge Daniels:

We represent Defendants Activision Blizzard, Inc., Activision Publishing, Inc., and Major League Gaming Corp. ("Defendants"), and write jointly with counsel for all parties in the above-referenced action to respectfully request a brief adjournment of the date by which Defendants are to file their motion for attorneys' fees.

Pursuant to the Court's Judgment dated March 31, 2020 and entered on April 6, 2020 (Dkt. 219), Defendants are to file their opening brief by April 20, 2020. The parties have conferred, and consistent with the Court's directives, believe it is appropriate to continue the analysis of the issues.

The parties therefore jointly request that the briefing schedule for the Defendants' motion for attorneys' fees be extended as follows:

    1. Opening brief to be filed no later than May 13, 2020;

    2. Opposition brief to be filed no later than June 10, 2020;

    3. Reply brief to be filed no later than June 24, 2020.

This is the first request for an extension of the deadline to file Defendants' motion for attorneys' fees. Plaintiffs stipulate to this schedule.



Respectfully submitted,

*/s/ Karin G. Pagnanelli*

Karin G. Pagnanelli
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

cc: Counsel of Record (via ECF)